# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KRINSKY, an individual, | Case No.: 8:24-cv-01685-JVS-ADS |
| Plaintiff, | *Assigned Judge: James V. Selna* |
| vs. | **ORDER OF DISMISSAL [13]** |
| PORSCHE CARS NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants, | |

1  Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: November 18, 2024          By: *[signature]*
Hon. Judge James V. Selna
United States District Judge